No. 91–6766. MEDINA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6767. KREBS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6768. ROBINSON *v.* CHAMBERS ET AL. Sup. Ct. Va. Certiorari denied.

No. 91–6769. GABRIC *v.* HIGHLAND FEDERAL SAVINGS & LOAN ASSN. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–6770. WEST *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6772. WATKINS *v.* COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 91–6773. BARTON *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 91–6776. DRIVER, AKA MOUSSEAUX *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6777. STAPLETON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6778. SIMPSON *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 91–6779. CHASE *v.* PETERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6780. ROSARIO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 91–6782. KYLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6783. WOODARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6786. SIMMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.